■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWIN PEARSON, Appellant.— Appeal by defendant from a judgment of the County Court, Dutchess County, rendered October 6, 1959, after a jury trial, convicting him of attempted grand larceny in the first degree, burglary in the third degree, and malicious mischief as a felony, and sentencing him to serve a term of two to five years upon his completion of the prison sentence which he was then serving. Judgment affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK ROCCA REINA, Appellant.— Appeal by defendant from a judgment of the County Court, Dutchess County, rendered July 14, 1959, after a jury trial, convicting him of burglary in the third degree and grand larceny in the second degree, and sentencing him, as a second felony offender, to serve a term of 5 to 10 years. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER FRANCIS RHALL, Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered March 27, 1958, convicting him, after a jury trial, of grand larceny in the first degree (Penal Law, § 1293-a) and sentencing him, as a second felony offender, to serve a term of 5 to 10 years. Judgment affirmed (Code Crim. Pro., § 542). Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER SALOMON, Appellant.— Appeal by defendant Salomon from: (1) a judgment of the Supreme Court, Suffolk County, rendered May 27, 1959, at the Extraordinary Special and Trial Term of said court, after a jury trial, convicting him of conspiracy to violate section 1868 of the Penal Law and sentencing him to serve a term of six months and to pay a fine of $500; and (2) from every intermediate order. Judgment affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.